**Abatement Order filed May 5, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00714-CR
_____

### BRICE BLANKENSHIP, Appellant

### V.

### THE STATE OF TEXAS, Appellee

___

**On Appeal from the 506th Judicial District Court
Waller County, Texas
Trial Court Cause No. 16-05-15629**

___

## ABATEMENT ORDER

The trial court appointed Zach Coufal to represent appellant on appeal. After the appointment, appellant retained **Randy Schaffer** to represent him. On April 14, 2022, Schaffer filed a motion to substitute as counsel.

An appointed attorney shall represent the defendant until

> . . . charges are dismissed, the defendant is acquitted, appeals are exhausted, or the attorney is permitted or ordered by the court to withdraw as counsel for the defendant after a finding of good cause is entered on the record.

Tex. Code Crim. Proc. Ann. art. 26.04(j)(2).

Accordingly, we **ABATE** this appeal and order as follows:

1. The judge of the 506th Judicial District Court shall consider Schaffer's request to substitute and shall determine whether appellant wishes to be represented by Schaffer as retained counsel or whether appellant wishes and is entitled to appointed counsel.

2. The judge shall see that a record of any hearing is made. The court reporter is directed to prepare, certify, and file with the clerk of this court a reporter's record of the hearing. The trial clerk is directed to prepare, certify, and file with the clerk of this court a supplemental clerk's record containing any orders regarding Schaffer's request to substitute. The reporter's record and supplemental clerk's record shall be filed with this court by **June 6, 2022.**

3. We will hold Schaffer's motion to substitute pending receipt of the requested records.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket after the requested records are filed in this court.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Spain and Bourliot.

Panel Consists of Justices Chief Justice Christopher and Justices Bourliot and Spain.